IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

A.E. and E.W.,

          **Plaintiffs,**

vs.                                          Civil Action No. 3:17-cv-01885

JOSHUA NIELD,
*ET AL.*,

          **Defendants.**

## ORDER

On April 9, 2018 the parties, by counsel, participated in a telephone conference with the undersigned concerning Defendant City of Huntington's ***Motion to Compel Plaintiffs to Supplement its Responses to Requests for Production of Documents***. [ECF No. 55] Omar Ahmad, Esq. appeared on behalf of the Plaintiffs, Ryan Ashworth, Esq., appeared on behalf of Defendant Nield, and Nathanial Kuratomi, Esq. appeared on behalf of Defendant City of Huntington.

It is clear that Plaintiffs have not timely responded to the City of Huntington's discovery requests in compliance with the Federal Rules of Civil Procedure. Nevertheless, the parties agreed to the following:

Plaintiffs agree to produce their documents responsive to Defendant's production requests no later than **April 23, 2018**.

Defendant shall file a notice with the Court advising if the discovery dispute has resolved or not no later than **April 25, 2018.**

If the parties are unable to resolve the issues raised in Defendant's ***Motion***, then Plaintiffs

shall file their Response to Defendant's **_Motion_** no later than three (3) days after Defendant files its notice that Plaintiffs' discovery responses are inadequate. Any Reply by Defendant shall be filed no later than seven (7) days after the date of service of Plaintiffs' Response pursuant to the Local Rules of Civil Procedure, Rule 7.1(a)(7). The Court will schedule a hearing as soon as feasible thereafter upon request of the parties, otherwise, the Court will make a decision based on the pleadings. In any event, the Court encourages the parties to communicate with one another to resolve the matters raised herein, and to keep the Court apprised of the status of any resolution.

The Clerk is requested to send a copy of this Order to all counsel of record.

ENTER: April 10, 2018.

_____
Omar J. Aboulhosn
United States Magistrate Judge