# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington
Date: 4/9/2018                                                              Case Number 3:17-cv-01885
Case Style: A.E. and E.W. vs. Joshua Nield, et al.
Type of hearing Judicial Matters in Chambers - Bluefield
Before the honorable: 25BG-Aboulhosn
Court Reporter                                                              Courtroom Deputy
Attorney(s) for the Plaintiff or Government


Attorney(s) for the Defendant(s)


Law Clerk                                                                   Probation Officer

### Trial Time



### Non-Trial Time

Other non-evidentiary hearing. Type:


### Court Time

3:30 pm    to 3:50 pm
Total Court Time: 0 Hours 20 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

Informal Telephonic Conference regarding ECF Doc. 55
The City of Huntington's Motion to Compel Plaintiffs to Supplement Its Responses to Requests for Production of Documents