## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT HUNTINGTON

A.E. and E.W.,

       *Plaintiffs*,

vs.                                  **CIVIL ACTION NO: 3:17-cv-01885**
                                            **JUDGE: Robert C. Chambers**

JOSHUA NIELD;
CITY OF HUNTINGTON, WEST VIRGINIA; and
JOHN DOES 1-7, INDIVIDUALS,

       *Defendants*.

### PLAINTIFFS' NOTICE OF WITHDRAWAL OF RULE 26(a)(2) EXPERT WITNESS

       PLEASE TAKE NOTICE that the Plaintiffs, A.E. and E.W., by and through counsel, Timothy L. Eves and Omar D. Ahmad of Eves Law Firm, hereby withdraw Dr. Michael David Clay as a Rule 26(a)(2) expert witness in this cause of action.

                                               *Respectfully submitted,*

                                             **A.E. & E.W.**

                                             **BY COUNSEL**

 /s/ Omar D. Ahmad_____
Timothy L. Eves, Esq. [WVSB# 8541]
Omar D. Ahmad, Esq. [WVSB# 10804]
Eves Law Firm, PLLC
5348 US Route 60 East
Huntington, WV 25705
Tel. (304) 736-9999
Fax (304) 733-1818
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT HUNTINGTON**

A.E. and E.W.,

       *Plaintiffs*,

vs.                                    **CIVIL ACTION NO: 3:17-cv-01885**
                                       **JUDGE: Robert C. Chambers**

JOSHUA NIELD;
CITY OF HUNTINGTON, WEST VIRGINIA; and
JOHN DOES 1-7, INDIVIDUALS,

       *Defendants*.

## CERTIFICATE OF SERVICE

    I, Omar D. Ahmad, counsel for Plaintiffs, hereby certify that on July 9, 2018, I served a true copy of *"Plaintiffs' Notice of Withdrawal of Rule 26(a)(2) Expert Witness"* upon the following individual(s):

Lee Murray Hall, Esq. [WVSB# 6447]
Nathanial A. Kuratomi, Esq. [WVSB# 10328]
Jenkins Fenstermaker, PLLC
P.O. Box 2688
Huntington, WV 25726-2688
*Counsel for Defendant City of Huntington*

Steven K. Nord, Esq. [WVSB# 2748]
Ryan Q. Ashworth, Esq. [WVSB# 10451]
Offutt Nord Ashworth, PLLC
949 Third Avenue, Suite 300
P.O. Box 2868
Huntington, WV 25728-2868
*Counsel for Defendant Joshua Nield*

 /s/ Omar D. Ahmad_____