

Omar Ahmad <oahmad@eveslawfirm.com>

## A.E. v. Nield et al.

**Omar Ahmad** <oahmad@eveslawfirm.com>　　　　　　　　Tue, Jul 17, 2018 at 2:03 PM
To: Steve Nord <sknord@onalegal.com>, "Nathanial A. Kuratomi" <NAK@jenkinsfenstermaker.com>, Lee Hall <lmh@jenkinsfenstermaker.com>, "Ryan Q. Ashworth" <rqashworth@onalegal.com>

Counsel,

It looks like August 2, 7, 14 and 16 are our best available dates for depositions in this case. If necessary we can identify additional dates later in August. Steve, please speak with your client about his availability on one of those dates.

Thanks,

Omar

Omar D. Ahmad, Esq.
Eves Law Firm, PLLC
5348 US 60 East
Huntington, West Virginia 25705
Tel 304.736.9999
www.eveslawfirm.com



**Confidentiality Notice:** The information contained in this e-mail is being sent by or on behalf of an attorney and is intended exclusively for the individual or entity to which it is addressed. This communication is privileged, proprietary, confidential and otherwise legally exempt from disclosure to anyone other than the intended recipient. If you are not the intended recipient, you are not authorized to read, print, retain, copy, disclose or disseminate this e-mail, any part thereof, or any attachment thereto. If you have received this e-mail in error, please notify the sender immediately by e-mail or by telephone (304-736-9999) and delete this e-mail and any copies. There is no intent on the part of the sender to waive any privilege that may attach to this communication. This e-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect. However, it is the recipient's responsibility to ensure that it is virus free. This firm accepts no responsibility for any loss or damage arising from its use.



EXHIBIT A