

Omar Ahmad <oahmad@eveslawfirm.com>

---

# A.E. v. Nield et al.

**Omar Ahmad** <oahmad@eveslawfirm.com>  Wed, Aug 22, 2018 at 1:05 PM
To: Steve Nord <sknord@onalegal.com>
Cc: "Ryan Q. Ashworth" <rqashworth@onalegal.com>, "Nathanial A. Kuratomi" <NAK@jenkinsfenstermaker.com>, Lee Hall <lmh@jenkinsfenstermaker.com>, "Lisa A. Messer" <lamesser@onalegal.com>, Tim Eves <teves@eveslawfirm.com>

Hi Steve,

We are not going to be able to go forward with our clients' depositions next week. We haven't yet had the in camera hearing regarding the Cabell County Prosecutor's file on the investigation of your client and that issue needs to be resolved before we can move forward.

We can discuss alternative dates once we have conducted the hearing and the matter is resolved.

Thanks,

Omar


Omar D. Ahmad, Esq.
Eves Law Firm, PLLC
5348 US 60 East
Huntington, West Virginia 25705
Tel  304.736.9999
www.eveslawfirm.com



Confidentiality Notice:  The information contained in this e-mail is being sent by or on behalf of an attorney and is intended exclusively for the individual or entity to which it is addressed.  This communication is privileged, proprietary, confidential and otherwise legally exempt from disclosure to anyone other than the intended recipient.  If you are not the intended recipient, you are not authorized to read, print, retain, copy, disclose or disseminate this e-mail, any part thereof, or any attachment thereto.  If you have received this e-mail in error, please notify the sender immediately by e-mail or by telephone (304-736-9999) and delete this e-mail and any copies.  There is no intent on the part of the sender to waive any privilege that may attach to this communication.  This e-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect.  However, it [is the recipient's] responsibility to ensure that it is virus free.  This firm accepts no responsibilit[y for any damage] arising from its use.

EXHIBIT B