IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

A.E. and E.W.,

    Plaintiffs,

v.

                                                                  Case No. 3:17-cv-01885
                                                                   Robert C. Chambers, Judge

JOSHUA NIELD;
CITY OF HUNTINGTON, WEST VIRGINIA;
And JOHN DOES 1–7, INDIVIDUALS,

    Defendants.

## ORDER OF DISMISSAL

On this day came the Plaintiffs A.E. and E.W., by counsel, Timothy L. Eves, Omar D. Ahmad, and Eves Law Office, and Defendant the City of Huntington ("the City") by counsel, Lee Murray Hall, Nathanial A. Kuratomi, and Jenkins Fenstermaker, PLLC, and represented to the Court that Plaintiffs dismiss all claims asserted against the City of Huntington in Civil Action No. 3:17-cv-01885, with prejudice. Plaintiffs move the Court for an Order dismissing the claims of Plaintiffs against the City with prejudice and striking the City from the docket of this Court.

The Court perceiving no objection to the motion is of the opinion to grant it.

IT IS THEREFORE ORDERED that Civil Action No. 3:17-cv-01885 be and hereby is dismissed with prejudice as to Plaintiffs' claims against the City with each party bearing their own costs and attorney's fees. The remaining claims in this case shall be unaffected.

IT IS FURTHER ORDERED that the Clerk of the Court forward copies of this Order to counsel for the parties upon its entry.

ENTERED this 6th day of Feb. 2019.

*signature*

**HONORABLE ROBERT C. CHAMBERS**
**UNITED STATES DISTRICT JUDGE**

Prepared for entry by:

/s    Nathanial A. Kuratomi
Lee Murray Hall, Esquire (WV Bar #6447)
Nathanial A. Kuratomi, Esquire (WV Bar #10328)
JENKINS FENSTERMAKER, PLLC
Post Office Box 2688
Huntington, West Virginia 25726-2688
Phone: (304) 523-2100
Fax:   (304) 523-2347
lmh@jenkinsfenstermaker.com
nak@jenkinsfenstermaker.com


Reviewed and agreed to by:


/s    Timothy L. Eves
Timothy L. Eves, Esquire (WV Bar #8541)
Omar D. Ahmad, Esquire (WV Bar #10804)
EVES LAW FIRM, PLLC
5348 U.S. Route 60 E
Huntington, West Virginia 25705
Phone: (304) 736-9999
Fax:   (304) 733-1818
teves@eveslawfirm.com
oahmad@eveslawfirm.com


/s    Steven K. Nord
Steven K. Nord, Esquire (WV Bar # 2748)
Ryan Q. Ashworth, Esquire (WV Bar # 10451)
OFFUT NORD ASHWORTH, PLLC
949 Third Avenue, Suite 300
Huntington, West Virginia 25701
Phone: (304) 529-2868
Fax: (304) 529-2999
sknord@onalegal.com
rqa@onalegal.com