UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

A.E. and E.W.,

    *Plaintiffs,*

vs.                                      CIVIL ACTION NO: 3:17-cv-01885
                                             JUDGE: Robert C. Chambers

**JOSHUA NIELD; and
JOHN DOES 1-7, INDIVIDUALS,**

    *Defendants.*

## ORDER OF DISMISSAL

On this day came the Plaintiffs, A.E. and E.W., by counsel, Timothy L. Eves and Omar D. Ahmad of Eves Law Firm, and Defendant Joshua Nield, by counsel, Steven K. Nord and Ryan Q. Ashworth of Offutt Nord Ashworth, PLLC, and represented to the Court that Plaintiffs dismiss all claims asserted against Joshua A. Nield in Civil Action No. 3:17-cv-01885, with prejudice. Plaintiffs move the Court for an Order dismissing the claims of Plaintiffs against Joshua A. Nield with prejudice and striking Joshua A. Nield from the docket of this Court.

The Court perceiving no objection to the motion is of the opinion to grant it.

IT IS THEREFORE ORDERED that Civil Action No. 3:17-cv-01885 be and hereby is dismissed with prejudice as to Plaintiffs' claims against Joshua A. Nield with each party bearing their own costs and attorney's fees. As there are no remaining claims in this cause of action, this case shall be dismissed with prejudice.

IT IS FURTHERED ORDERED that the Clerk of the Court forward copies of this Order to counsel for the parties upon its entry.

ENTERED this ____ day of _____ 2019.

                                                        HONORABLE ROBERT C. CHAMBERS
                                                        UNITED STATES DISTRICT JUDGE

Prepared for entry by:

/s/ Omar D. Ahmad
Timothy L. Eves, Esq. [WVSB# 8541]
Omar D. Ahmad, Esq. [WVSB# 10804]
Eves Law Firm, PLLC
5348 US Route 60 East
Huntington, WV 25705
Tel. (304) 736-9999
Fax (304) 733-1818
*Counsel for Plaintiff*

Reviewed and agreed to by:

/s/ Steven K. Nord
Steven K. Nord, Esq. [WV Bar #2748]
Ryan Q. Ashworth, Esq. [WV Bar # 10451]
Offutt Nord Ashworth, PLLC
949 Third Avenue, Suite 300
Huntington, WV 25701
Tel. (304) 529-2868
Fax (304) 529-2999
*Counsel for Defendant Joshua Nield*